| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | AUDREY B. HEMESATH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2729 |

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAKESH PAUL SINGH, | ) | No. 10-cv-751 LJO GSA |
| | ) | |
| Plaintiff, | ) | JOINT STIPULATION AND ORDER |
| | ) | RE: EXTENSION OF TIME TO RESPOND |
| v. | ) | TO AMENDED COMPLAINT |
| | ) | |
| SUE CURDA, DEPARTMENT OF | ) | |
| HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This is an immigration case in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services' (CIS) of his application for naturalization. Due to the possibility of a resolution to the matter at the administrative level, the parties stipulate that the date for filing the government's answer be extended to August 30, 2010.

Dated: July 7, 2010

                                            BENJAMIN B. WAGNER
                                            United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Defendants

By:   /s/ Kanwal Minder Singh
       Kanwal Minder Singh
       Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 30, 2010.  The Scheduling Conference currently set for August 5, 2010 at 9:00 am is VACATED.  The Scheduling Conference will be held on October 6, 2010, at 9:30 before the Honorable Gary S. Austin, in Courtroom 10.

IT IS SO ORDERED.

Dated:   **July 8, 2010**              /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE

-2-