1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH PAUL SINGH, | No. 10-cv-751 LJO GSA |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| Sue Curda, Department of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services' (CIS) of his application for naturalization. The parties have previously stipulated to one previous extension of time, until August 30, 2010. The parties now stipulate to one additional extension of time to allow for complete resolution at the administrative level, until October 5, 2010.

Dated: August 30, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                          By:       /s/Audrey Hemesath
                                    Audrey B. Hemesath
                                    Assistant U.S. Attorney
                                    Attorneys for the Defendants

                          By:       /s/ Kanwal Minder Singh
                                    Kanwal Minder Singh
                                    Attorney for the Plaintiff

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Pursuant to this joint stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on October 5, 2010.

IT IS SO ORDERED.

Dated:   **August 31, 2010**                             /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE