1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**

8

9  RAKESH PAUL SINGH,                    )   No. 10-cv-751 LJO GSA
                                          )
10         Plaintiff,                     )   JOINT STIPULATION AND PROPOSED
                                          )   ORDER RE: DISMISSAL
11     v.                                 )
                                          )
12  Sue Curda, Department of Homeland     )
    Security, et al.                      )
13                                        )
           Defendants.                    )
14  _____)

15

16     This is an immigration case in which plaintiff challenges the denial by U.S. Citizenship and
17  Immigration Services' (CIS) of his application for naturalization.  On August 27, 2010, following
18  reopening at the agency level, the application was approved and the plaintiff naturalized on
19  September 20, 2010.  Accordingly, the parties stipulate to dismissal of this action as moot.  Each
    side to bear its own legal costs and fees.
20

21

22  Dated: October 5, 2010
                                                BENJAMIN B. WAGNER
23                                              United States Attorney

24

25                             By:   /s/Audrey Hemesath
                                     Audrey B. Hemesath
26                                   Assistant U.S. Attorney
                                     Attorneys for the Defendants
27

28                             By:   /s/ Kanwal Minder Singh

                                      -1-

1
2            Kanwal Minder Singh
           Attorney for the Plaintiff
3
4
5            <u>ORDER</u>
6  For the reasons set forth in the Stipulation to Dismissal, the matter is dismissed as moot.
7
8  The clerk is directed to close this action.
9
10
IT IS SO ORDERED.
11
**Dated: October 5, 2010**       <u>**/s/ Lawrence J. O'Neill**</u>
12                UNITED STATES DISTRICT JUDGE